IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
(MILWAUKEE DIVISION)

| | |
|---|---|
| SHAWN S. GENGLER, <br> on behalf of themselves and all others <br> similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WINDSOR WINDOW COMPANY d/b/a <br> WINDSOR WINDOWS AND DOORS, <br> and WOODGRAIN MILLWORK, INC., <br><br> Defendants. | Case No. 2:16-cv-00180 |

## DEFENDANTS' DISCLOSURE STATEMENT

The undersigned, counsel of record for Defendants, Windsor Window Company d/b/a Windsor Windows and Doors and Woodgrain Millwork, Inc., furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

(1) The full name of every party or amicus the attorney represents in the case:

1. **Windsor Window Company d/b/a Windsor Windows and Doors;**
2. **Woodgrain Millwork, Inc.**

(2) If such party or amicus is a corporation:

A. Any parent corporation: **Woodgrain Millwork, Inc.**

B. Any publicly held corporation owning 10% or more of the company's stock: **None**.

1

(3) The name of all law firms whose partners or associates appear for a party or are expected to appear for a party in this Court:

**Michael Best & Friedrich LLP**

Dated this 24th day of March, 2016.

**MICHAEL BEST & FRIEDRICH LLP**

By: *s/Joseph L. Olson*
Paul E. Benson, SBN 1001457
Joseph L. Olson, SBN 1046162
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202-4108
P: 414.271.6560
F: 414.277.0656
pebenson@michaelbest.com
jlolson@michaelbest.com

ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, P.A.
Michael P. North (MN #230716)
Sarah E. Bushnell (MN #326859)
Jeffrey M. Markowitz (MN #391959)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402-3214
P: (612) 339-3500
F: (612) 339-7655
mpnorth@ArthurChapman.com
sebushnell@ArthurChapman.com
jmmarkowitz@ArthurChapman.com
(Admissions to be Sought)

*Attorneys for Defendants*
*Windsor Window Company d/b/a Windsor Windows and Doors, and Woodgrain Millwork, Inc.*

209265-0002\18782660.1