IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
(MILWAUKEE DIVISION)

| | |
|---|---|
| SHAWN S. GENGLER, on behalf of themselves and all others similarly situated, | Case No. 2:16-cv-00180 |
| Plaintiff, | **DEFENDANTS' MOTION TO DISMISS THE COMPLAINT** |
| v. | |
| WINDSOR WINDOW COMPANY d/b/a WINDSOR WINDOWS AND DOORS, and WOODGRAIN MILLWORK, INC., | |
| Defendants. | |

Defendants Windsor Window Company d/b/a Windsor Windows and Doors and Woodgrain Millwork, Inc. ("Windsor") hereby move this court for an order dismissing Plaintiff's Complaint against Windsor pursuant to Civil L.R. 7 and Fed. R. Civ. P 12(b)(6) for failure to state a claim upon which relief can be granted.

The grounds for this motion are more fully set forth in the supporting brief filed with this motion.

Dated this 24TH day of March, 2016.

**MICHAEL BEST & FRIEDRICH LLP**

By: *s/Joseph L. Olson*
Paul E. Benson, SBN 1001457
Joseph L. Olson, SBN 1046162
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202-4108
P: 414.271.6560
F: 414.277.0656
pebenson@michaelbest.com
jlolson@michaelbest.com

ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, P.A.
Michael P. North (MN #230716)
Sarah E. Bushnell (MN #326859)
Jeffrey M. Markowitz (MN #391959)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402-3214
P: (612) 339-3500
F: (612) 339-7655
mpnorth@ArthurChapman.com
sebushnell@ArthurChapman.com
jmmarkowitz@ArthurChapman.com
(Admissions to be Sought)

*Attorneys for Defendants*
*Windsor Window Company d/b/a Windsor Windows and Doors, and Woodgrain Millwork, Inc.*