UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IN RE: WINDSOR WOOD CLAD
WINDOW PRODUCTS LIABILITY　　　　　　MDL No. 16-MD-02688
LITIGATION

This Document Relates to All Cases

---

### ORDER

**IT IS ORDERED** that a telephonic status conference will be held on **July 1, 2016 at 11:15 a.m. CST.** Participants need to call in for the conference as follows: dial access number 1-877-336-1839. You will be prompted for an access code (4144803) and a security code (1234)**.** Once that information is entered participants will be placed on hold until we access the call.

Dated at Milwaukee, Wisconsin this 25th day of June 2016.

　　　　　　　　　　　　　　　　　　　　s/ Lynn Adelman

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LYNN ADELMAN
　　　　　　　　　　　　　　　　　　　　District Judge