UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN RE: WINDSOR WOOD CLAD
WINDOW PRODUCTS LIABILITY
LITIGATION

MDL No. 16-MD-02688

This Document Relates to All Cases

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding
Time Commenced: 11:45 AM
Law Clerk: Michael Ashton

Date: September 29, 2016
Concluded: 12:05 pm
Court Reporter: None

APPEARANCES:

Plaintiffs: Matt Lee; Jonathan Shub; Pete Albanis; Amy Keller;

Defendants: Joseph Olson; Michael North; Sarah Bushnell, Jeff Markowicz, Adina Florea, Colin Seaborg

Nature of Conference: status conference

Notes:

- Parties report that private mediation did not result in a resolution of the case. Judge Adelman informs parties that he is willing to assist with settling the case, although he will not do so unless all parties consent.
- The parties will confer regarding a proposed case management order on October 7th, and then file a proposal with the court.
- The parties will discuss the sequence of deciding the six pending motions to dismiss and inform the court as to their preference. The court will then review the motion or motions that the parties suggest be resolved first and decide whether oral argument on the motion(s) is necessary.